Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MATILDA JAMES,<br>　　　　　　　Defendant. | NO. CR06-604M<br><br>ORDER CONTINUING THE TIME IN WHICH TO SEEK INDICTMENT |

ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, makes the following findings and enters the following order:

1. The defendant is charged with murder in the second degree, 18 USC § 1111(a). The defendant is alleged to have starved her four and one-half month old baby to death. Due to the nature of the offense, additional time is needed for each party to fully investigate the matter.

2. The government has provided early discovery to the defendant and the defendant has no objection to a continuance of the time in which to be indicted. The

ORDER CONTINUING THE TIME
IN WHICH TO SEEK INDICTMENT-1

Michele Shaw
Attorney at Law
2001 Western Ave., Suite 200
Seattle, Washington 98121

defendant has executed a waiver of her speedy indictment rights and filed it with the Court.

3. The ends of justice outweigh the best interest of the public and the defendant in a speedy indictment. That failure to grant a continuance in order for the parties to fully investigate the matter and would result in a miscarriage of justice.

IT IS HEREBY ORDERED that the time to indict the matter is continued from April 12, 2007 to June 12, 2007.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 316(h), the period of time from April 12, 2007 to June 12, 2007 is excluded in the computation of time under the Speedy Trial Act.

Dated this 12th day of April, 2007.

/s/  MONICA J. BENTON
for JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

 /s/ Michele Shaw
MICHELE SHAW, WSBA #19561
Attorney for Defendant


/s/ per telephonic approval
BRUCE MIYAKE, WSBA #16813
Assistant United States Attorney

ORDER CONTINUING THE TIME
IN WHICH TO SEEK INDICTMENT-2

Michele Shaw
Attorney at Law
2001 Western Ave., Suite 200
Seattle, Washington 98121